IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**VERLYNIN BUCKLEY**                                                                               **PLAINTIFF**

**v.**                                **CASE NO. 4:21-CV-01195-BSM**

**CODY DRAKE**
*Chief of Police, Star City*                                                                  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE